ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

FILED
NORTHERN DISTRICT OF TEXAS
DEC 1 1 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. **7:19-cr-00029-O** |
| JAMISON MAURICE GRAY (01) | |

INDICTMENT

The Grand Jury Charges:

Count One
Enticement of a Child
(Violation of 18 U.S.C. § 2422(b))

From on or about November 13, 2019 until on or about November 14, 2019, in the Northern District of Texas, the defendant, **Jamison Maurice Gray**, did use any means and facility of interstate and foreign commerce to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be criminally charged under Texas state law, that is, a violation of Texas Penal Code Section 22.021, aggravated sexual assault of a child.

Indictment – Page 1

In violation of 18 U.S.C. § 2422(b).

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
Texas Bar No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

THE UNITED STATES OF AMERICA

v.

JAMISON MAURICE GRAY (01)

INDICTMENT

18 U.S.C. § 2422(b)
Enticement of a Child
1 Count

A true bill rendered

FORT WORTH                                                FOREPERSON

Filed in open court this 11th day of December, 2019.

**Defendant in Federal Custody since November 14, 2019.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Number: 7:19-MJ-043-BP