IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 7:19-CR-029-O |
| JAMISON MAURICE GRAY (01) | |

## FACTUAL RESUME

INDICTMENT

     Count One – Enticement of a Child, in violation of 18 U.S.C. § 2422(b).

PLEA:

     Count One - Enticement of a Child, in violation of 18 U.S.C. § 2422(b).

PENALTY:

     The minimum and maximum penalties the Court can impose on Count One include:

     a.    imprisonment for a period not less than 10 years, and not more than life;

     b.    a fine not to exceed $250,000, or twice any pecuniary gain to the defendant or loss to the victim(s);

     c.    a term of supervised release of any term of years or life but not less than five years, which is mandatory under the law and will follow any term of imprisonment. Revocation of the term of supervised release could result in an additional period of confinement. The effect of a revocation of a term of supervised release is to make the overall period of incarceration longer;

     d.    a mandatory special assessment of $100;

     e.    a second mandatory special assessment of $5,000, unless the Court finds the defendant to be indigent, must also be imposed pursuant to 18 U.S.C. § 3014 for offenses occurring on or after May 29, 2015;

f.    restitution to victims or to the community;

g.    costs of incarceration and supervision.

## ELEMENTS OF THE OFFENSE:

To establish the offense alleged in Count One of the Indictment, the

government must prove the following elements beyond a reasonable doubt:

First:    That the defendant knowingly attempted to persuade, induce, or entice an individual under the age of eighteen (18) to engage in sexual activity;

Second:    That the defendant used a facility or means of interstate or foreign commerce;

Third:    That the defendant believed that such individual was less than eighteen (18) years of age; and

Fourth :    That had the sexual activity actually occurred, the defendant could have been charged with a criminal offense under Texas state law, that is, a violation of Texas Penal Code Section 22.021, aggravated sexual assault of a child.

## STIPULATED FACTS:

1.    From on or about November 13, 2019 until on or about November 14, 2019, in the

Northern District of Texas, the defendant, Jamison Maurice Gray, did use any means and

facility of interstate and foreign commerce to knowingly attempt to persuade, induce, and

entice an individual who had not attained the age of 18 years to engage in sexual activity

for which a person can be criminally charged under Texas state law, that is, a violation of

Texas Penal Code Section 22.021, aggravated sexual assault of a child.

**Factual Resume – Page 2**

2.      Specifically, on November 13, 2019, Air Force Office of Special Investigations Special Agent Stanley Mersburgh was working at Sheppard Air Force Base in an undercover capacity as a minor female by the name of "Alyssa" when Alyssa received a message on a social media application servicing the Wichita Falls, Texas area.  The message, sent by Gray, began by asking Alyssa how she was doing.  Alyssa mentioned that she was at school; and when Gray asked her age, she responded that she was turning 14 soon.

3.      Gray responded, "Lol I'm still trying to fuck though if you down."  Gray also sent a photo of his penis and asked Alyssa, "You trying to get your virginity took?"  Gray told Alyssa that she was cute and that he would "take it slow."  Gray also told Alyssa that he would perform oral sex on her.  Alyssa told Gray that she felt nervous; Gray told her not to tell anyone and that he was the same age as Alyssa when he lost his virginity.

4.      On November 14, 2019, Gray offered to come by after work to pick up Alyssa from her home and take her to a hotel so they could "be alone for a little while."  Alyssa provided to Gray a residential address located on Sheppard Air Force Base, Wichita Falls, Texas.  That evening, Gray arrived at the address located on the base, where Air Force agents were waiting.  Gray was subsequently arrested and in possession of a condom and a cell phone that was used to communicate with Alyssa.

5.      Gray admitted that he was there to meet a person he believed to be a minor for the purpose of engaging in sexually explicit conduct.  Had they actually occurred, the acts Gray described to Alyssa would be a violation of Texas Penal Code § 22.021, that is Aggravated Sexual Assault of a Child.  In order to communicate with Alyssa through the

social media platform, Gray used a cell phone that was connected to the Internet.  Gray

stipulates that both the Internet and the cell phone are each a means and facility of

interstate and foreign commerce.

AGREED AND STIPULATED on this _23_ day of _SEPTEMBER_ 2020.

_Jamison Gray_
**JAMISON GRAY**
Defendant

_James Bruce Harris_
**JAMES BRUCE HARRIS**
Counsel for Defendant

I have been advised, and understand, that under the Sex Offender Registration and
Notification Act, a federal law, I must register and keep the registration current in each of
the following jurisdictions:  where I reside; where I am an employee; and where I am a
student.  I understand that the requirements for registration include providing my name,
my residence address, and the names and addresses of any places where I am or will be
an employee or a student, among other information.  I may also be required to provide
information about intended travel outside the United States.  I further understand that the
requirement to keep the registration current includes informing at least one jurisdiction in
which I reside, am an employee, or am a student not later than three business days after
any change of my name, residence, employment, or student status.  I have been advised,
and understand, that failure to comply with these obligations subjects me to prosecution
for failure to register under federal law, 18 U.S.C. Section 2250, which is punishable by a
fine or imprisonment or both.

_Jamison Gray_
**JAMISON GRAY**

_9/23/2020_
Date

**Factual Resume – Page 4**

I am the defendant's counsel.  I have carefully reviewed every part of this Factual Resume with the defendant, including the notice that he is required to register as a sex offender.  To my knowledge and belief, my client's decision to enter into this Factual Resume is an informed and voluntary one.

_____
JAMES BRUCE HARRIS
Attorney for Defendant

_____9/23/2020_____
Date

**Factual Resume – Page 1**